IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 20-372 (UNA) |
| TRUSTWAVE HOLDINGS, INC., | ) ) ) |
| Defendant. | ) |

**ORDER GRANTING FINJAN, INC.'S MOTION TO FILE
EXHIBIT B TO ITS NOTICE OF REMOVAL UNDER SEAL**

At Wilmington this 17th day of March, 2020, having reviewed Finjan, Inc.'s Motion to File Exhibit B to Its Notice of Removal Under Seal, and having found that good cause exists to permit filing under seal:

IT IS HEREBY ORDERED that Finjan, Inc.'s motion is GRANTED.

IT IS FURTHER ORDERED that Finjan, Inc. shall file a redacted version of SEALED Exhibit B within seven (7) days of the date of this Order

*/s/ Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge